IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                                                PLAINTIFF

V.                                         CASE NO. 5:22-CV-5218

CHIEF DEPUTY JAY CANTRELL, et al.                                                         DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on December 12, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Plaintiff's Motion for Preliminary Injunction (Doc. 7) and Motion for Temporary Restraining Order (Doc. 9) are **DENIED**.

**IT IS SO ORDERED** on this 3rd day of January, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE