IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                                    PLAINTIFF

V.                              CASE NO. 5:22-CV-5218

CHIEF DEPUTY JAY CANTRELL, et al.                                              DEFENDANTS

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 17) filed in this case on March 1, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than fourteen days have passed, and no party has filed objections to the R&R.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN FULL**.

Accordingly, the following claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915A(b)(1):

1. all official capacity claims and

2. all individual capacity claims against Washington County Sheriff Tim Helder; Cpl. K. Turner; Cpl. R. Raines; Cpl. A. Rains; Cpl. Vandenack; Cpl. Self; Cpl. Nunziato; Dfc. Eoff; Dfc. Martinez; Dfc. Granados; Dfc. Drumright; Dfc. White; Dfc. Rhodes; Dfc. McLeland; Dfc. Frye; Dfc. Beck; Dfc. Higdon; Dfc. Schmitt; Dfc. Bilbrey; Dfc. Phipps; Dfc. Edge; Dfc. Montano; Dfc. Dersam, Dfc. Vasilopolus—which means the Clerk should terminate all of these Defendants from the docket of the case.

1

The parties are advised that **the following claims will proceed**:

1. Plaintiff's claim against Sgt. Bzoski in his individual capacity for retaliation in violation of Plaintiff's First Amendment rights;

2. Plaintiff's claim against Cpt. Ake in his individual capacity for retaliation in violation of Plaintiff's First Amendment rights;

3. Plaintiff's claim against Sgt. Bzoski in his individual capacity for ordering Plaintiff to be housed in an isolation cell on March 1, 2022, in violation of the Due Process Clause of the Fourteenth Amendment;

4. Plaintiff's claim against Cpt. Ake in his individual capacity for ordering Plaintiff to be housed in an isolation cell on March 29, 2022, in violation of the Due Process Clause of the Fourteenth Amendment; and

5. Plaintiff's conditions-of-confinement claims against the following defendants in their individual capacities for his period of isolation from March 29, 2022, to May 24, 2022: Cpl. Sam Caudle, Chief Deputy Jay Cantrell, Major Randall Denzer, Cpt. East, Sgt. Workman, Sgt. Lunsford, Lt. Mike Arnold, Lt. Amanda Arnold, Lt. Carrier, Sgt. Pineda, Sgt. Byrd, Sgt. Bradshaw, Sgt. Allen, Sgt. Malone,[1] Sgt. Fuller, Cpl. T. Mulvaney, Cpl. M. Smith, Cpl. B. Velasco, Cpl. Corley, Cpl. Tate, and Cpl. Ochieng.

---

[1] However, to the extent that Plaintiff alleges a separate conditions-of-confinement claim against Sgt. Malone for "walking [him] into a cloud of pepper spray that several guards had used to subdue [another inmate]" on May 9, 2022, (Doc. 11 at p. 16), this claim is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS SO ORDERED** on this 21st day of March, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE