IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                               PLAINTIFF

V.                          CASE NO. 5:22-CV-5218

CHIEF DEPUTY JAY CANTRELL,
Washington County Detention Center (WCDC);
MAJOR RANDALL DENZER, WCDC;
CPT. NOLAN AKE, WCDC;
CPT. KEVIN EAST, WCDC;
LT. CARRIER; WCDC; LT. M. ARNOLD;
LT. A. ARNOLD; SGT. ALLEN, WCDC;
SGT. PINEDA, WCDC; SGT. BZOSKI, WCDC;
SGT. R. FULLER; SGT. BRADSHAW, WCDC;
SGT. WORKMAN; SGT. LUNSFORD;
SGT. J. MALONE; SGT. J.P. BYRD;
CPL. SAM CAUDLE; CPL. TOM MULVANEY;
CPL. CORLEY; CPL. B. VELASCO;
CPL. M. SMITH; CPL. E. TATE;
and CPL. G. OCHIENG                                                         DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 52) filed in this case on August 28, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendants' Motion for Partial Summary Judgment (Doc. 36) is **GRANTED IN PART AND DENIED IN PART**. The Motion is **DENIED** as to Defendant Cpl. Tom Mulvaney but **GRANTED** in all other respects.

Discovery should commence on Plaintiff's claims against Lt. Carrier, Sgt. Allen, Sgt. Malone, Cpl. Corley, and Cpl. T. Mulvaney pursuant to an initial scheduling order that will be entered separately, and service efforts should continue on Defendant Sgt. Bradshaw.

    **IT IS SO ORDERED** on this 15th day of September, 2023.

                                            */s/ Timothy L. Brooks*
                                            TIMOTHY L. BROOKS
                                            UNITED STATES DISTRICT JUDGE

Case 5:22-cv-05218-TLB-CDC   Document 56   Filed 09/15/23   Page 2 of 2 PageID #: 456