IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                          PLAINTIFF

V.                          CASE NO. 5:22-CV-05218

CHIEF DEPUTY JAY CANTRELL,
Washington County Detention Center (WCDC);
MAJOR RANDALL DENZER, WCDC;
CPT. NOLAN AKE, WCDC; CPT. KEVIN EAST, WCDC;
LT. CARRIER; WCDC; LT. M. ARNOLD;
LT. A. ARNOLD; SGT. ALLEN, WCDC;
SGT. PINEDA, WCDC; SGT. MALONE, WCDC;
SGT. WORKMAN, WCDC; SGT. BZOSKI, WCDC;
SGT. BRADSHAW, WCDC; SGT. FULLER, WCDC;
SGT. BYRD, WCDC; CPL. CORLEY, WCDC;
CPL. BENJAMIN VELASCO, WCDC;
CPL. MICHAEL SMITH; CPL. GORDON OCHIENG, WCDC;
CPL. TOM MULVANEY, WCDC; DEPUTY TATE, WCDC;
SGT. LUNSFORD; and
SGT. SAM CAUDLE, in their individual capacities           DEFENDANTS

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 79) filed on October 2, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Defendants' Motion for Summary Judgment for Failure to Exhaust Administrative Remedies as to Defendant Bradshaw (Doc. 60) is **GRANTED**, and Plaintiff's claims against Defendant Bradshaw are **DISMISSED WITHOUT PREJUDICE**. Defendants' Motion for Summary Judgment on the merits (Doc. 68) is **GRANTED**, and

Plaintiff's claims against Defendants Carrier, Allen, Malone, Mulvaney, and Corley in their individual capacities are **DISMISSED WITH PREJUDICE**.

A judgment will enter separately, and the Clerk of Court is directed to **CLOSE THE CASE**.

**IT IS SO ORDERED** on this 23rd day of October, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE
