IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                                 **PLAINTIFF**

V.                                     CASE NO. 5:22-CV-05218

**CHIEF DEPUTY JAY CANTRELL,**
**Washington County Detention Center (WCDC);**
**MAJOR RANDALL DENZER, WCDC;**
**CPT. NOLAN AKE, WCDC; CPT. KEVIN EAST, WCDC;**
**LT. CARRIER; WCDC; LT. M. ARNOLD;**
**LT. A. ARNOLD; SGT. ALLEN, WCDC;**
**SGT. PINEDA, WCDC; SGT. MALONE, WCDC;**
**SGT. WORKMAN, WCDC; SGT. BZOSKI, WCDC;**
**SGT. BRADSHAW, WCDC; SGT. FULLER, WCDC;**
**SGT. BYRD, WCDC; CPL. CORLEY, WCDC;**
**CPL. BENJAMIN VELASCO, WCDC;**
**CPL. MICHAEL SMITH; CPL. GORDON OCHIENG, WCDC;**
**CPL. TOM MULVANEY, WCDC; DEPUTY TATE, WCDC;**
**SGT. LUNSFORD; and**
**SGT. SAM CAUDLE, in their individual capacities**                                       **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Order filed this day adopting the Magistrate Judge's Report and Recommendation (Doc. 79), **IT IS HEREBY ORDERED AND ADJUDGED** that all claims against Defendant Bradshaw are **DISMISSED WITHOUT PREJUDICE**, and all claims against Defendants Carrier, Allen, Malone, Mulvaney, and Corley are **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 23rd day of October, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE